```
                FOR THE NORTHERN DISTRICT OF GEORGIA
                 IN THE UNITED STATES DISTRICT COURT
                           ATLANTA DIVISION


UNITED STATES OF AMERICA      :  CRIMINAL ACTION
                              :
           v.                 :  NO. 1:09-CR-516-ODE-ECS
                              :
OMAR SMALLING                 :
                              :
```

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This matter is presently before the Court on the motion of Defendant Smalling to suppress statements. [Doc. 80]. The motion relates to a statement allegedly made by Defendant on March 13, 2009 in New York. The undersigned conducted an evidentiary hearing on this motion on January 20, 2001. Thereafter, Defendant filed his post hearing brief in support of the motion on February 18, 2011. [Doc. 103]. The government filed its response, after obtaining extensions, on March 18, 2011. [Doc. 106]. Defendant was given until March 25, 2011 to reply, if needed. [Doc. 107].

In the government's response, the government states that it will not use in its case in chief the statement Defendant made March 13, 2009, in New York that was at issue in the motion to suppress statements. [Doc. 107, at p.2]. Accordingly, it appears that the motion to suppress [Doc. 80] should be **DENIED** as **MOOT**, and, therefore,

**IT IS SO REPORTED AND RECOMMENDED**, this 21st day of April, 2011.

*S/ E. Clayton Scofield III*
E. CLAYTON SCOFIELD III
UNITED STATES MAGISTRATE JUDGE