**FILED IN CHAMBERS**
U.S.D C . Atlanta

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA **JUN 0 2 2011**
ATLANTA DIVISION

By: James N. Hatten, Clerk
*Am Cauer*
Deputy Clerk

UNITED STATES OF AMERICA :
                             : CRIMINAL ACTION FILE NO.
v.                           : 1:09-CR-516-3-ODE-ECS
                             :
OMAR SMALLING                :

### ORDER

This criminal action is before the Court on the Report and Recommendation of United States Magistrate Judge E. Clayton Scofield III filed April 21, 2011 [Doc. 113]. No objections have been filed.

In the Report and Recommendation, the Magistrate Judge recommends that Defendant's Motion to Suppress Statements [Doc. 80] be denied as moot because the government has stated that it will not use in its case in chief the statement Defendant made on March 13, 2009 in New York that was at issue in the Motion to Suppress Statements.

The Court having read and considered the Report and Recommendation and noting the absence of any objections, it is hereby ADOPTED as the opinion and order of the Court. For the reasons set forth in the Report and Recommendation, Defendant's Motion to Suppress Statements [Doc. 80] is DENIED AS MOOT.

SO ORDERED, this ___2___ day of June, 2011.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE